# Court of Appeals
# of the State of Georgia

ATLANTA, January 17, 2023

*The Court of Appeals hereby passes the following order:*

**A23I0127. NATIONWIDE AGRIBUSINESS INSURANCE COMPANY v. THE ONIONMAN COMPANY, LLC et al.**

After Shad J. Dasher was injured while riding on a tractor, he, along with his wholly-owned businesses, Onionman Company, LLC and Vidalia Organics, Inc., filed suit against Nationwide Agribusiness Insurance Company to recover uninsured/underinsured motorist ("UM") coverage under a business auto policy. Both the plaintiffs and Nationwide moved for summary judgment on the issue of whether Nationwide was required to provide UM coverage for the tractor. The trial court ultimately granted the plaintiffs' partial motion for summary judgment and denied Nationwide's motion for summary judgment, finding that Nationwide was required to offer and provide UM coverage, but it failed to offer the required coverage or obtain a rejection in writing. See OCGA § 33-7-11 (c). Accordingly, the trial court read into the policy UM coverage and ordered Nationwide to pay Dasher under the policy. The trial court certified its decision for immediate review, and Nationwide filed this timely application for interlocutory appeal.

"An order granting summary judgment on any issue or as to any party shall be subject to review by appeal." OCGA § 9-11-56 (h). Moreover, all rulings within that order and any other non-final rulings entered in the case may also be raised as part of such a direct appeal. See OCGA § 5-6-34 (d); *Southeast Ceramics v. Klem*, 246 Ga. 294, 295 (1) (271 SE2d 199) (1980). Here, the UM coverage issue raised in Nationwide's application for interlocutory appeal is the same issue the trial court decided in granting the plaintiffs' partial motion for summary judgment. Thus, Nationwide is essentially seeking to appeal the grant of partial summary judgment to

the plaintiffs, which is directly appealable.

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004). Accordingly, this application for interlocutory appeal is hereby GRANTED. Nationwide shall have ten days from the date of this order to file a notice of appeal in the trial court if it has not already done so. See OCGA § 5-6-34 (b). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,    01/17/2023*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*